UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONNIE WASHINGTON, also known as
Ronnie Ringold,

        Petitioner,

  v.                                    Case No. 05-C-822

JODINE DEPPISCH,

        Respondent.

**ORDER DENYING MOTION FOR RECONSIDERATION**

        Pro se petitioner Ronnie Washington seeks reconsideration of that portion of my order of August 15, 2005, denying his motion for appointment of counsel. Washington contends that because of the complexity of the issue and his "psychological disabilities" counsel should be appointed in this case.

        Washington's motion for reconsideration will be denied. While he may have mental health problems, they so far do not seem to be interfering with his ability to communication with the court. His motion seeking reconsideration is well written and, as I noted in my earlier order, suggests that he has a functional capacity for self-representation. As I stated in my earlier order, my assessment of the issue may change as the case develops. At this time, however, I am not convinced that the appointment of counsel is necessary to serve the interests of justice.

Accordingly, the motion for reconsideration is denied.

**SO ORDERED**.

Dated this   25th   day of August, 2005.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge