(Rev. 5/85) Judgment in a Civil Case ☒

# United States District Court

Eastern District of Wisconsin

RONNIE WASHINGTON,
ALSO KNOWN AS Ronnie Ringold,   JUDGMENT IN A CIVIL CASE
      Plaintiff,

    v.

JODINE DEPPISCH,   CASE NUMBER: 05-C-822
      Respondent.

[X]    Decision by Court. This action came for consideration before the Court.

IT IS ORDERED AND ADJUDGED
that pursuant to 28 U.S.C. § 2254(b)(1)(A) and (c), the petition and this case is DISMISSED.

          SOFRON B. NEDILSKY
          Clerk of Court

July 13, 2006        s/ V. Kelly Barton Terry
Date          (By) Deputy Clerk

          Approved this 13th day of July, 2006.

          s/AARON E. GOODSTEIN
          United States Magistrate Judge